**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| MBC & Affiliates Incorporated, | No. CV-21-00066-TUC-DCB |
| Plaintiff, | **ORDER** |
| v. | |
| Magnolia Medical Technologies Incorporated, | |
| Defendant. | |

Pursuant to the Plaintiff's Motion to Voluntarily Dismiss this Action with Prejudice under Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure,

**IT IS ORDERED** that the case is dismissed, with prejudice, each party to bear its own attorney fees and costs.

Dated this 16th day of March, 2021.

Honorable David C. Bury
United States District Judge